FILED
2010 JUN -4 P 12: 27
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 10 80 128 MISC

Wayne Kenneth David McIntosh - #219820

_____/  **VRW**

### ORDER TO SHOW CAUSE

It appearing that Wayne Kenneth David McIntosh has been suspended for 60 days by the Supreme Court of California effective April 29, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before July 16, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Kenneth David McIntosh
Attorney At Law
1000 4th St Ste 795
San Rafael, CA 94901