**FILED**

JUL 28 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                           No CV-10-80128 MISC VRW

Wayne Kenneth David McIntosh,
       State Bar No 219820                    ORDER

_____/

      On June 4, 2010, the court issued an order to show cause (OSC) why Wayne Kenneth David McIntosh should not be removed from the roll of attorneys authorized to practice law before this court based on his suspension for sixty days by the State Bar of California effective April 29, 2010.

      The OSC was mailed to Mr McIntosh's address of record with the State Bar on June 7, 2010.  Mr McIntosh filed no response.  The California State Bar web site indicates that Mr McIntosh is on active status as of June 28, 2010, and may practice law in California.

      The OSC is therefore discharged.  The clerk is directed to close the file.

      IT IS SO ORDERED.

                                        VAUGHN R WALKER
                                        United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Wayne Kenneth David McIntosh,

Case Number: CV10-80128 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 28, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth David McIntosh
1000 4th St, Ste 795
San Rafael, CA 94901


Dated: July 28, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*